# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v.                                            **CASE NO: 5:21-mj-1133-PRL**

AUSA: William Hamilton

**JAMIE N. BUTEAU (#1)**                  Def Atty: Douglas Stamm (FPD)
**JENNIFER PECK BUTEAU (#2)**      Def Atty: Jason Mayberry (CJA)

| JUDGE | Philip R. Lammens | DATE AND TIME | June 24, 2021<br>2:09 pm - 2:39 pm<br>30 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not required | PRETRIAL: | Bryan Coomer |

## CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

On June 23, 2021, both defendants were arrested on a Criminal Complaint from the District of Columbia. (1:21-mj-00487)

Both defendants are advised of their rights, charges, penalties, etc...

Defendant #1 Jamie N. Buteau requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Asst. Federal Public Defender Douglas Stamm with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER**.

Defendant #2 Jennifer Peck Buteau requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Criminal Justice Act Attorney Jason Mayberry with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER**.

Defendant #1 Jamie N. Buteau waives his rights to both an identity and production of the warrant but is requesting a Preliminary Examination hearing in this district.

Defendant #2 Jennifer Peck Buteau waives her rights to an identity hearing, production of the warrant and preliminary examination hearing.

Court advised the parties of the requirements of the Due Process Protections Act.

As to Defendant #1 Jamie N. Buteau:
    Government orally moves for detention.
    Defendant #1 Counsel responds.
    A Preliminary Examination Hearing and Detention Hearing will be set for Tuesday, June 29th at a time to be determined.
    The defendant will remain in custody and be transported to the Orlando division for the hearing.

As to Defendant #2 Jennifer Peck Buteau:
    Government is not seeking detention but requests conditions of release.
    Defendant #2 responds.
    **ORDER OF REMOVAL and CONDITIONS OF RELEASE TO ENTER.**

Court advises both defendants of Rule 20 rights.


**FILED IN OPEN COURT:**
Financial Affidavit for both defendants
Waiver of Rule 5 & 5.1 Hearings for both defendants