UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:21-mj-1133-PRL

JAMIE BUTEAU

### UNITED STATES' WITHDRAWAL OF MOTION FOR PRETRIAL DETENTION

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, through the undersigned Assistant United States Attorney, files this motion seeking to withdraw the earlier motion for pretrial detention and request the immediate release of defendant Jamie Buteau.  In support of this motion, the United States offers the following:

1. On June 24, 2021, defendants Jamie and Jennifer Buteau were arrested on a criminal complaint.  At the initial appearance held that same day, the United States moved the Court for an order of detention for Jamie Buteau under 18 U.S.C. § 3142(f)(2)(B).  Jamie Buteau's attorney requested a brief continuance, and the case is currently set for a detention and preliminary hearing on June 29, 2021.

2. The United States is no longer seeking the pretrial detention of Jamie Buteau, and now moves to withdraw the previous motion for detention. The United States requests that the Court issue an order immediately releasing the defendant upon the following recommended pretrial release conditions: $25,000 unsecured bond, GPS location monitoring (without the imposition of a curfew), a prohibition from traveling to Washington, D.C. (with the exception of court dates, Pretrial Services appointments, or attorney consultations), call-ins to Pretrial Services no less than once per week, no travel outside the Middle District of Florida without prior Court or Pretrial Services approval (save for the Washington, D.C. exceptions described above), and drug screening and counseling at the discretion of Pretrial Services. The United States would also ask the Court to impose the standard conditions of felony pretrial release, including cooperation with Pretrial Services, surrender of any passports, and a requirement that the defendant not possess any firearms, destructive devices, or other weapons.

3. The United States has consulted with AFPD Douglas Stamm, counsel for Jamie Buteau. He has authorized me to represent to the Court that he does not oppose this motion.

Accordingly, the United States respectfully requests that the Court release the defendant under the recommended pretrial release conditions detailed in this motion.

        Respectfully submitted,

        KARIN HOPPMAN
        Acting United States Attorney

By:   */s/ William S. Hamilton*
        William S. Hamilton
        Assistant United States Attorney
        Florida Bar No. 95045
        35 SE 1st Avenue, Suite 300
        Ocala, Florida 34471
        Telephone:  (352) 547-3600
        Facsimile:   (352) 547-3623
        E-mail:william.s.hamilton@usdoj.gov

United States v. Jamie Buteau	Case No. 5:21-mj-1-1133-PRL

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Douglas Stamm, Esquire
    Jason Mayberry, Esquire

                                  *s/ William S. Hamilton*
                                  William S. Hamilton
                                  Assistant United States Attorney
                                  Florida Bar No. 95045
                                  35 SE 1st Avenue, Suite 300
                                  Ocala, Florida 34471
                                  Telephone:   (352) 547-3600
                                  Facsimile:    (352) 547-3623
                                  E-mail:william.s.hamilton@usdoj.gov